**J. RUSSELL CUNNINGHAM - SB #130578**
**ERIC R. GASSMAN - SB #260693**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for SUSAN VINEYARD
Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN VINEYARD, in her capacity as assignee of CARDINAL CORPORATION and PHILIP SHERIDAN,<br><br>Plaintiff,<br><br>v.<br><br>DARYL B. KATCHER, ESQ., individually and as payee of the KUPKA ANNUITY TRUST, and NEW YORK LIFE INSURANCE COMPANY,<br><br>Defendants | CASE NO. 2:09-CV-00076-JAM-EFB<br><br>Trial Date: March 29, 2010<br>Time: 9:00 a.m.<br>Place: Court Room 6<br>501 "I" Street, 14th Floor<br>Sacramento, CA 95814 |

## **JUDGMENT**

Judgment shall be entered in favor of plaintiff SUSAN VINEYARD ("Plaintiff") and against defendants NEW YORK LIFE INSURANCE COMPANY ("NYLIC") and DARYL B. KATCHER ("Katcher"), individually and in his capacity as trustee for one of the judgment debtors, JOHN KUPKA ("Debtor"), as follows:

1. Plaintiff shall recover from Katcher the sum of $7,526.22.

2. Katcher and NYLIC shall turn over to Plaintiff the annuity payable by NYLIC to "DARRYL KATCHER, ESQ/KUPKA ANNUITY TRUST," consisting of monthly payments of

$2,508.74 from July 15, 2006 through November 15, 2012, specifically: (a) the funds held in trust by Katcher pursuant to the court's December 18, 2009 order, estimated at time of trial to be about $35,000; and (b) in accordance with the jurisdiction reserved by said order, the future annuity payments due from NYLIC, estimated at time of trial to be about $80,000.

3. The parties shall bear their own attorney fees and costs.

**Dated: March 25, 2010**

         **/s/ John A. Mendez**
         **JUDGE OF THE UNITED STATES DISTRICT COURT**

Approved as to form:

**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**

Dated: March ___, 2010      By: /s/ J. RUSSELL CUNNINGHAM
         **J. RUSSELL CUNNINGHAM**
         Attorney for Susan Vineyard

**CARLSON & GEVELINGER**

Dated: March ___, 2010      By: /s/ RUSSELL CARLSON
         **RUSSELL CARLSON**
         Attorney for Darryl B. Katcher

**LAW OFFICES OF HEMAR & ASSOCIATES**

Dated: March ___, 2010      By: /s/ MELODY G. ANDERSON
         **MELODY G. ANDERSON**
         Attorney for New York Life Insurance Company